TRADESMEN'S NATIONAL BANK, Respondent, v. FERNAND F. HIRSCH, Appel-

lant.— Judgment and order affirmed, with costs. No opinion. Present —
Dowling, Smith, Merrell and Finch, JJ.